IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TAWANA L. CARTER,

     Plaintiff,

v.

SELECT PORTFOLIO
SERVICING, INC. and WELLS
FARGO BANK, N.A., as trustee for
Fremont Home Loan 2005 RR3,
Mortgage Backed Certificates, Series
2005 RR3,

     Defendants.

CIVIL ACTION FILE
NO. 1:15-CV-410-MHC

## ORDER

This *pro se* action to avoid and/or set aside a foreclosure comes before this

Court on the Final Report and Recommendation ("R&R") of Magistrate Judge

Justin S. Anand [Doc. 14] that Defendants' unopposed Motion to Dismiss [Doc. 6]

be **GRANTED** for failure to state a claim upon which relief can be granted. No

objections have been filed to the R&R. Absent objection, the district court judge

"may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate [judge]," 28 U.S.C. § 636(b)(1)(C), and

"need only satisfy itself that there is no clear error on the face of the record" in

order to accept the recommendation.  FED. R. CIV. P. 72, advisory committee note,

1983 Addition, Subdivision (b).  The Court has reviewed the R&R and finds no

clear error and that the R&R is supported by law.

Accordingly, the R&R [Doc. 14] is hereby **APPROVED AND ADOPTED**

as the Opinion and Order of this Court.  It is hereby **ORDERED** that Defendants'

Motion to Dismiss [Doc. 6] be **GRANTED** and that this case be **DISMISSED**.

The Clerk is **DIRECTED** to close this case.

**IT IS SO ORDERED** this 23rd day of December, 2015.

_____
MARK H. COHEN
United States District Judge